**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JONATHAN KLENK,

    Plaintiff,

v.                                         Case No.  8:10-cv-2130-T-30TBM

OFFICE OF THE SECRETARY,
DEPARTMENT OF EDUCATION,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation for Entry of Final Order of Dismissal With Prejudice (Dkt. #7). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear responsibility for their respective costs and attorney's fees, if any.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 7, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2130.dismiss 7.wpd